IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| MICROSOFT CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> JOHN DOES 1–8, <br><br> Defendants. | Civil No. 1:14-cv-811 <br><br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on Plaintiffs' motion for default judgment and permanent injunction. (Dkt. No. 52). The Magistrate Judge issued a Report and Recommendation on July 20, 2015. (Dkt. No. 57). In accordance with the Report and Recommendation, Plaintiffs filed a notice with the Court indicating that they served the Report and Recommendation on the Defendants by electronic means on July 20, 2015. The Defendants filed no opposition to Plaintiffs' motion and no objection to the Magistrate Judge's proposed findings.

Having reviewed the pleadings in this case as well as the exhibits thereto and the Magistrate Judge's report, the Court hereby adopts the Magistrate Judge's proposed findings and recommendations. (Dkt. No. 57). Accordingly, it is hereby ORDERED that:

1. Plaintiffs' motion for default judgment and permanent injunction (Dkt. No. 52) is GRANTED;

2. Judgment is ENTERED by default in favor of Plaintiffs Microsoft Corporation and FS-ISAC, Inc. and against Defendants John Does 1–8;

3. Defendants, their representatives and persons who are in active concert or participation with them are permanently ENJOINED from: (1) intentionally accessing and sending malicious software or code to Plaintiffs and the protected computers and operating systems of Plaintiffs' customers and associated member organizations, without authorization, in order to infect those computers and make them part of any botnet; (2) sending malicious code to configure, deploy and operate a botnet; (3) generating and sending unsolicited messages that falsely indicate said messages are from or approved by Microsoft or others; (4) creating false websites that falsely indicate that they are associated with or approved by Plaintiffs or Plaintiffs' member organizations; (5) configuring, deploying, operating, or otherwise participating in or facilitating the botnet described in the TRO Application, including but not limited to the command and control software hosted at and operating through the Internet domains, domain name servers, and IP addresses; (6) using deceptive telephone numbers purporting to be associated with Plaintiffs' member organizations in order to steal computer users' credentials; (7) stealing information, money, or property from Plaintiffs, Plaintiffs' customers, or Plaintiffs' member organizations; (8) misappropriating that which rightfully belongs to Plaintiffs, their customers, or their associated member organizations or in which Plaintiffs, their customers, or their associated member organizations has a proprietary interest; or (9) undertaking any similar activity that inflicts harm on Plaintiffs, Plaintiffs' customers or member associations, or the public;

4. Defendants, their representatives and persons who are in active concert or participation with them are further permanently ENJOINED from: (1) using and

infringing Microsoft's trademarks, including specifically Microsoft's registered trademarks Internet Explorer®, Microsoft®, and Windows®, bearing registration numbers 2872708, 2463526 and 2277112, and the trademarks of financial institution members of FS-ISAC and/or other trademarks, trade names, service marks, or Internet Domain addresses or names; (2) using in connection with Defendants' activities, products or services any false or deceptive designation, representation or description of Defendants or of their activities, whether by symbols, words, designs or statements, which would damage or injure Plaintiffs or their member organizations or give Defendants an unfair competitive advantage or result in deception of consumers; or (3) acting in any other manner which suggests in any way that Defendants' activities, products or services come from or are somehow sponsored by or affiliated with Microsoft, or passing off Defendants' activities, products or services as Plaintiffs' or their member organizations;

5. Defendants are DIRECTED to forfeit ownership and control of the domains identified in Appendix A to this Order;

6. The domain registries and domain registrars ("domain providers") of record are DIRECTED to transfer ownership and control of the domains identified in Appendix A to Plaintiff Microsoft;

7. The domain providers are further DIRECTED to change the registrar of record for the domains identified in Appendix A to the registrar of Microsoft's choice.

Date: August 17, 2015

Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge

3

# APPENDIX A

## .BIZ DOMAINS

### Registry
NeuStar, Inc.
21575 Ridgetop Circle
Sterling, VA 20166
United States

NeuStar, Inc.
Loudoun Tech Center
46000 Center Oak Plaza
Sterling Virginia 20166
United States

### Hardcoded Domains
fasttrackrowlingss.biz
fieldsocrossing.biz
midjunelists.biz
rotatingads.biz

### Configuration File Domains
express-shippingus.biz
modern-shipping.biz
skylineinc-inc.biz
topchoiceshippinginc.biz

### Money Mule Domains
artable.biz
brandnewshippinginc.biz
bstrategic.biz
business-shipping.biz
capital-business-systems.biz
client-spec-usa.biz
consolidated-holdingsuk.biz
dft-shipment.biz
enterprise-holdingsuk.biz
express-shippingus.biz
fastlaneshipping.biz
financeconsulting-inc.biz
finmurano.biz
firstchoice-inc.biz
first-consultansinc.biz
flyhigh-inc.biz
globalconnect-inc.biz
global-holdings.biz
global-techsolution.biz
globeshippinginc.biz
groupholdings-ltd.biz
highland-holdingsltd.biz
inn-technology.biz
internetresources-us.biz
interprolimited.biz
inttechus.biz
it-business-inc.biz
itglobalserv-ltd.biz
it-solutions-inc.biz
jtsolutionsinc.biz
leveauxgroupinc.biz
mancapconsulting-ltd.biz
modern-shipping.biz
newlinesolutionsinc.biz
new-source-unlimited.biz
new-york-finance.biz
novatex-finanze.biz
outsource-consultingus.biz
outsourcemarketing-us.biz
parcelzoneinc.biz
partner-fingroup-inc.biz
postexpressinc.biz
primary-internationalltd.biz
rexship-llc.biz
sa-consulting.biz
shiplandllc.biz
shippinglineinc.biz
skylineinc-inc.biz
stroutsourcing.biz
topchoiceshippinginc.biz
tradeglobe-ltd.biz
usacapital-oneoutsourcing.biz
usa-financial-trust.biz
us-internationalgroup.biz
usparcelservice.biz
wirelessgenerationinc.biz
zonecapitalinc.biz

1

## .ORG DOMAINS

### Registry
Public Interest Registry (PIR)
1775 Wiehle Avenue
Suite 200
Reston Virginia 20190
United States

### Hardcoded Domains
expresshipping.org
durationuninstaller.org
sterchelloness.org

### Configuration File Domains
ac-shippingllc.org

### Money Mule Domains
ac-shippingllc.org
artcolors-ltd.org
art-for-anyone.org
baltic-shippingexpress.org
expresshipping.org
fbf-services.org
feature-solutionuk.org
finance-counts-uk.org
fintechin-program.org
horwardexpress-shipping.org
interpride-ltd.org
it-campaign.org
king-inntech.org
premier-group-ltd.org
stock-holderz-uk.org
transaction-innovations.org
uk-accessgroup.org
ukpower-ltd.org
usparcelservice.org

2

### .COM, .NET, .CC DOMAINS

*Registry*
Verisign Naming Services
21345 Ridgetop Circle
4th Floor
Dulles, Virginia 20166
United States

Verisign Global Registry Services
12061 Bluemont Way
Reston Virginia 20190
United States

*Hardcoded Domains*

| | | |
|---|---|---|
| abp.cc | edal.cc | mch.cc |
| acow.cc | eewuiwiu.cc | mkn.cc |
| ac-shippingllc.com | eilahcha.cc | mny.cc |
| adix.cc | elg.cc | mwr.cc |
| adra.cc | enp.cc | nafe.cc |
| afn.cc | e-protection.cc | nbh.cc |
| agra.cc | erp-cloud.cc | nel.cc |
| ahthuvuz.cc | estat.cc | nitecapvideo.net |
| aingo.cc | eux.cc | nmbc.cc |
| ajo.cc | eym.cc | ognelisblog.net |
| akf.cc | fiq.cc | omp.cc |
| alphard-info.net | fooyuo.cc | onei.cc |
| ambi.cc | gah.cc | online-upd.net |
| amia.cc | gdm.cc | oonucoog.cc |
| asale.cc | giuchito.cc | oras.cc |
| avar.cc | gmz.cc | orx.cc |
| bgx.cc | goc.cc | paly.cc |
| big-web-svcs.cc | guodeira.cc | pare.cc |
| bo0keego.cc | gva.cc | perahzoo.cc |
| bogs.cc | iestats.cc | pfh.cc |
| cene.cc | ihl.cc | pmr.cc |
| ciz.cc | ioh.cc | puv.cc |
| ckr.cc | irm.cc | rgf.cc |
| coob.cc | isohotel.net | rgk.cc |
| coti.cc | jeo.cc | rhk.cc |
| cuapoemi.cc | jub.cc | rwn.cc |
| cutes.cc | kico.cc | sags.cc |
| cvl.cc | kinz.cc | smis.cc |
| deit.cc | kirr.cc | soks.cc |
| deloxnerviox.net | kity.cc | solt.cc |
| doks.cc | kls.cc | sorg.cc |
| drg.cc | kre.cc | sted.cc |
| duti.cc | lej.cc | tohk5ja.cc |
| dvo.cc | liem.cc | tram.cc |
| dza.cc | lji.cc | uab.cc |
| | mbn.cc | ubd.cc |

3

uceebeel.cc
updbrowser.com
uvo.cc
vbp.cc
veeceefi.cc
visite-mexico.net
wahemah.cc
wownthing.cc
coob.cc
stik.cc
buna.cc

### Configuration File Domains
express-shippingus.net
flyhigh-inc.net
rexship-llc.net
skylineinc-inc.net
solutionshippinginc.com
topchoiceshippinginc.net
useushippinginc.com

### Plug-in Domains
agy.cc
envy-svcs.cc
fooyuo.cc
hoks.cc
ohyeahh.cc
safety-for-all.cc

### Money Mule Domains
1st-consultansinc.net
ac-shippingllc.com
adestaventurez.com
advanced-techinc.cc
aiwae.cc
aiwae.com
aiwae.net
artable-ltd.com
artable-uk.net
artcolors-ltd.com
artcolors-ltd.net
art-yard-uk.com
avid-techresources.cc
avid-techresources.com
avid-techresources.net
baltic-shippingexpress.com
bestway-solutions.com
bestway-solutions.net
bidei.cc
brandnewshippinginc.net

businesschoicellc.net
business-shipping.net
capitalbusiness-systems.com
chahuz.com
client-specusa-inc.net
consolidated-holdingsuk.net
cyndirocks.com
dft-shipment.net
enterprise-holdingsuk.com
enterprise-holdingsuk.net
enterprisetechinc.com
enterprisetechinc.net
equitytech-partners.cc
equity-techpartners.com
equitytech-partners.net
eshipperus.com
express-shippingus.net
fastlaneshipping.net
fbf-services.net
finacial-futures.net
financeconsultinginc.net
financeheads.com
fincounts-ltd.com
finmarintltd.cc
finmarint-ltd.net
finmurano.com
finmurano.net
fintechin-program.com
fintech-inprogram.net
fin-trustinc.com
firstchoice-inc.net
first-consultansinc-usa.com
flyhigh-inc.net
global-techsolution.net
globalus-united.net
globeshippinginc.net
groupholdings-ltd.com
groupholdings-ltd.net
guojo.cc
highland-holdings-ltd.net
infotech-xpert.com
inn-technology.com
inn-technology.net
internetresources-us.com
interpride-ltd.com
interpride-ltd.net
interprofinance.com
inttechus.com
it-alliance-ltd.com
it-business-inc.net

it-genies.net
it-genies-limited.com
itglobalserv-ltd.com
itglobalserv-ltd.net
itg-solutions-ltd.com
itg-solutions-uk.net
it-investmentgroupllc.com
it-made-easy-limited.com
it-made-easy-ltd.net
it-merge-ltd.com
itprofessionals-group.com
it-smart-uk.com
it-solutions-inc.net
jtsolutionsinc.net
king-innovative.com
king-innovative.net
labbarra-holdings.com
legalgeneralgroup-plc.com
leibi.cc
liverinvestiments-ltd.com
liverinvestiments-ltd.net
mabcomuk.com
mancapconsultingltd.com
mancapconsulting-ltd.com
meridian-international.net
meridianus-inc.com
modern-shipping.net
neopro-inc.com
neopro-inc.net
newlinesolutionsinc.net
new-source-unlimited.net
newyork-finance.net
novatex-finanze.com
novatex-finanze.net
nycfinanceinc.com
onlineshippinginc.net
originalconsultinginc.com
originalconsultinginc.net
outsource-consultingus.com
outsource-consultingus.net
outsource-marketing-us.com
outsourcemarketing-us.net
paradigmcore.net
parcelzoneinc.net
partner-financialgroup.com
personaltouch-us.com
personaltouch-us.net
postexpressinc.net
premier-group-ltd.com
primary-internationalltd.net

4

rexship-llc.net
rickolexpresshipping.com
sabi-consulting.com
sa-consulting.cc
shiplandllc.net
shippinglineinc.net
shippingxtrainc.com
shippingxtrainc.net
shoph.cc
sky-edgeitsolutions.cc
sky-edgeitsolutions.com
sky-edgeitsolutions.net
skylineinc-inc.net
solutionshippinginc.com
solutionshippinginc.net
stockholderzzz.com
stormiq.com
strategic-inc.net
stroutsourcing.com
stroutsourcing.net
systems-and-communications.com
systems-and-communications.net
technology-inc.net
topchoiceshippinginc.net
tradeglobe-ltd.com
tradeglobe-ltd.net
transaction-innovations.net
uk-accessgroup.com
uk-accessgroup.net
ukfeature-solutions.com
uk-financecounts.net
ukglobal-holdings.com
ukglobal-holdings.net
uk-infotech-xpert.net
uk-ns-free.cc
ukpower-ltd.com
uk-stock-holderz.net
united-technologiesusa.com
united-technologiesusa.net
usa-capital-one-outsourcing.com
usa-countrywide-financial.net
usa-financialtrust.net
usa-zonecapital.com
us-capital-business.net
useushippinginc.com
useushippinginc.net
us-internationalgroup.com

usstrategic-inc.com
vale-usshipping.com
wirelessgenerationinc.net
xohze.cc
xohze.com
zone-capital-usa.net

### *Dedicated Name Server Domains*
abp.cc
adestaventurez.com
adix.cc
agra.cc
agy.cc
aiwae.cc
aiwae.com
aiwae.net
ajo.cc
akf.cc
alax.cc
alphard-info.net
ambi.cc
avar.cc
bara.cc
bestmanta.net
bidei.cc
bogs.cc
buna.cc
cas-gallery.net
ckr.cc
clickmonoply.net
clickmonopoly.net
coob.cc
csof.net
cude.cc
dc-storm.net
deloxnerviox.net
drg.cc
dvo.cc
dza.cc
edal.cc
elg.cc
eym.cc
fiq.cc
freg.cc
gah.cc
gdm.cc
goc.cc
hoks.cc
ihl.cc

isohotel.net
kico.cc
kls.cc
lanegovonline.net
lavo.cc
lej.cc
librarymdp.com
liem.cc
liveathcr.net
macdegredo.com
mahe.cc
mch.cc
merand.cc
micatoge.net
mikemanser.net
mkn.cc
mny.cc
mwr.cc
nafe.cc
nbh.cc
nintendowiionline.net
nitecapvideo.net
ognelisblog.net
omp.cc
onei.cc
oras.cc
orx.cc
paradigmcore.net
pare.cc
pikeautomation.net
prai.cc
pupy.cc
rgf.cc
rhk.cc
slac.cc
sted.cc
stik.cc
tram.cc
trendei.net
uab.cc
uvo.cc
veso.cc
visite-mexico.net
webercountyfair.net
xidungee.cc
xohze.cc
xohze.com
zoneoffsilence.com
xidungee.cc

5

### .SU DOMAINS

**_Registry_**

Технический Центр Интернет
Ул. Зоологическая д.8
123242, Москва
Российская Федерация
тел.: 737 92 95
факс: 737 06 84
e-mail: ru-tech@tcinet.ru

Technical Center of Internet
Technical Center of Internet
8, Zoologicheskaya str
Moscow 123242
Russian Federation
Tel: +7 495 737 92 95
Fax: +7 495 737 06 84
e-mail: ru-tech@tcinet.ru

RIPN/РосНИИРОС
Алексей Платонов
Академика Курчатова пл., д. 1
123182, Москва
Российская Федерация
тел.: 196 9614
факс: 196 4984
e-mail: adm@ripn.net, su-adm@fid.su

RIPN/Russian Institute for Development of Public Networks (ROSNIIROS)
Dr. Alexei Platonov
1, Kurchatov Sq.
Moscow 123182
Russian Federation
Tel: +7 499 196 9614, +7 499 196 7278
Fax: +7 499 196 4984
e-mail: adm@ripn.net, su-adm@fid.su

**_Hardcoded Domains_**
aisuvied.su
bern.su
caf.su
eca.su
eprotect.su
feat.su
grs.su
igate.su
iprotect.su
klr.su
lbb.su
sito.su
tco.su
vng.su
wand.su

**_Plug-in Domains_**
apb.su
axr.su
cif.su
egu.su
gaso.su

**_Money Mule Domains_**
jan.su
tech-support-llc.su

**_Dedicated Name Server Domains_**
azr.su
bcv.su
cdn-store.su
eimiecha.su

greencloud.su
maw.su
mue.su
ohy.su
rnx.su
strong-service.su
teighoos.su
vun.su
wbx.su
wyp.su
yiequeih.su
yimgscores.su
ahbee.su
ajeic.su
choop.su
tagoo.su

6